**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__ Central District of California
(State)

Case number (*If known*): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**   SHEPHERD UNIVERSITY

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   9 5 – 4 7 5 8 5 1 9

4. **Debtor's address**

   **Principal place of business**

   3200 North San Fernando Road
   Number    Street

   _____

   Los Angeles, CA 90065
   City                State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City                State    ZIP Code

5. **Debtor's website** (URL)    www.shepherduniversity.edu

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor    SHEPHERD UNIVERSITY                                    Case number (*if known*)_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

  6  1  1  3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY
        District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____ Relationship _____
        District _____ When _____
                                                        MM / DD / YYYY
        Case number, if known _____

Debtor  SHEPHERD UNIVERSITY  
     Name

Case number (*if known*)_____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
            Number    Street

_____

_____  
City                            State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49  
☑ 50-99  
☐ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5,001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

---

**15. Estimated assets**

☐ $0-$50,000  
☐ $50,001-$100,000  
☐ $100,001-$500,000  
☐ $500,001-$1 million  

☑ $1,000,001-$10 million  
☐ $10,000,001-$50 million  
☐ $50,000,001-$100 million  
☐ $100,000,001-$500 million  

☐ $500,000,001-$1 billion  
☐ $1,000,000,001-$10 billion  
☐ $10,000,000,001-$50 billion  
☐ More than $50 billion

---

Debtor ___SHEPHERD UNIVERSITY_____    Case number (*if known*)_____
      Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/14/17__
      MM / DD / YYYY

✗ __/s/ Shalom Kim_____    __Shalom Kim_____
Signature of authorized representative of debtor    Printed name

Title __President_____

**18. Signature of attorney**

✗ __/s/ Jaenam Coe_____    Date __08/14/17__
Signature of attorney for debtor    MM / DD / YYYY

__Jaenam J Coe, Esq._____
Printed name
__Law Offices of Jaenam Coe, PC_____
Firm name
__3731 Wilshire Blvd., Suite 910_____
Number    Street
__Los Angeles, California 90010_____
City    State    ZIP Code

__213-389-1400_____    __coelaw@gmail.com_____
Contact phone    Email address

__175920_____    __CA_____
Bar number    State

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | |
|---|---|
| Jaenam J Coe, Esq. (SBN175920)<br>Law Offices of Jaenam Coe PC<br>3731 Wilshire Blvd., Suite 910<br>Los Angeles, California 90010<br>Tel: 213-389-1400<br>Fax: 213-387-8778 | CASE NO.:<br>CHAPTER: 11<br>ADVERSARY NO.:<br>(*if applicable*) |
| *Attorney for:* Debtor | |
| In re:<br><br>SHEPHERD UNIVERSITY<br><br>Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(NON-INDIVIDUAL)**<br>**[LBR 1002-1(f)]** |

☒ Petition, statement of affairs, schedules or lists     Date filed: 08/14/17
☐ Amendments to the petition statements of affairs, schedules or lists     Date filed: _____
☐ Other (*specify*): _____     Date filed: _____

**PART I – DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

Date: 8/14/2017

Signature (handwritten) of authorized signatory of Filing Party
SHALOM KIM
Printed name of authorized signatory of Filing Party
PRESIDENT
Title of authorized signatory of Filing Party

**PART II – DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part 1 - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

Date: 8/14/17

Signature (handwritten) of attorney for Filing Party
Jaenam Coe, Esq.
Printed Name of attorney for Filing Party

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015     F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL

# BOARD RESOLUTION AUTHORIZING
# CHAPTER 11 BANKRUPTCY FILING AND RELATED MATTERS

The following resolutions were duly enacted by the Board of Directors (the "Board") of Shepherd University, a California nonprofit corporation (the "Company"), at a meeting of the Board held on August 14, 2017, and the same shall remain in full force and effect, without modification, unless and until the Board adopts a further resolution to the contrary:

>RESOLVED, that Dr. Shalom Kim ("Kim"), President of the Company is hereby authorized and directed on behalf of and in the name of the Company to execute and to cause to be filed a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case at such date that Kim deems appropriate;

>FURTHER RESOLVED, that Kim has the authority to cause the Company to employ Attorney Mr. Jaenam Coe for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company in its Chapter 11 bankruptcy case as bankruptcy counsel;

>FURTHER RESOLVED, that Kim also has the authority to cause the Company to employ any other employees or professionals to represent or assist the Company in connection with the Company's operations or the Chapter 11 bankruptcy case that Kim deems to be in the best interests of the Company, including, without limitation, senior officers and accountants;

>FURTHER RESOLVED, that in connection with the Company's operations during Chapter 11 and the Chapter 11 bankruptcy case, Kim is hereby authorized on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings and to take any and all action which Kim deems necessary and proper in connection with the Company's bankruptcy case without the need for any further approval of the Board. Such actions which Kim has the authority to cause the Company to take without any further approval of the Board shall include, but not be limited to, the

following: employing and compensating counsel and other professionals (both prior to and after the Company's bankruptcy filing); seeking Bankruptcy Court approval for the Company to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords or other third parties; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; marketing the Company and its assets for sale including the sale of all or substantially all of the Company's assets; and causing the Company to file and seek to confirm any plan of reorganization.

Dated: 8/14/ 2017

*[signature: Shalom V. Kim]*

Dr. Shalom Kim, President and Board Member

**Fill in this information to identify the case:**

Debtor name __SHEPHERD UNIVERSITY__

United States Bankruptcy Court for the: Central District of California (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Reliable Fast Cash, LLC<br>262A Albany Ave<br>Brooklyn, NY 11213 | 347-983-0978 | | | | | 1,578,991.00 |
| 2 | Bank of Hope (formerly known as BBCN Bank)<br>3200 Wilshire Blvd., Ste 1400 | 213-386-2222 | | | | | 1,440,645.02 |
| 3 | Global Merchant Cash, Inc<br>64 Beaver St, Ste 415<br>New York, NY 10004 | 877-795-1677 | | | | | 78,541.85 |
| 4 | US Bank Equipment Finance<br>1310 Madrid St, Ste 106<br>Marshall, MN 56258 | 800-328-5371 | | | | | 87,541.73 |
| 5 | Wells Fargo Equipment Finance<br>733 Marquette Ave, Ste 300<br>Minneapolis, MN 55402 | 612-339-5454 | | | | | 20,511.00 |
| 6 | Provident Leasing<br>100 Bayview Cir, Ste 4100 N. Tower<br>Newport Beach, CA 92660 | 949-252-3821 | | | | | 327,308.47 |
| 7 | Dell Financial Services, LLC<br>Mail Stop PS2DF-23<br>One Dell Way<br>Round Rock, TX 78682 | 877-982-0403 | | | | | 121,616.15 |
| 8 | TCF EQUIPMENT FINANCE, INC<br>11100 Wayzata Blvd., Suite 801<br>Minnetonka, MN 55305 | 800-442-7811 | | | | | 18,507.52 |

| Debtor | SHEPHERD UNIVERSITY | | Case number (*if known*) | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Lowes<br>PO Box 530970<br>Atlanta, GA 30353-0970 | 866-761-8144 | | | | | 12,513.33 |
| 10 | Pearl Capital<br>100 William Street, 9th Fl<br>New York, NY 10038 | 800-888-9959 | | | | | 545,000.00 |
| 11 | Yellowstone Capital<br>160 Pearl Street. 5th Fl<br>New York, NY 10005 | 800-955-1411 | | | | | 501,050.00 |
| 12 | Strategic Funding<br>120 West 45th St<br>New York, NY 10036 | 212-354-1400 | | | | | 297,000.00 |
| 13 | Commonwealth Merchant Advance<br>383 Kingston Avenue | 646-415-7965 | | | | | 81,200.00 |
| 14 | Mantis Funding, LLC<br>64 Beaver St, Ste 344<br>New York, NY 10004 | 302-365-0153 | | | | | 73,008.00 |
| 15 | Everest Business Funding<br>2001 NW 107th Ave, 300<br>Miami, FL 33172 | 305-680-1552 | | | | | 357,500.00 |
| 16 | New Era<br>2564 Crown Way<br>Fullerton, CA 92833 | 714-770-0088 | | | | | 33,777.75 |
| 17 | General Electric Capital<br>PO Box 35701<br>Billings, MT 59107 | 877-656-8420 | | | | | 103,000.00 |
| 18 | Quick Bridge Funding<br>410 Exchange, Ste 500<br>Irvine, CA 92602 | 888-233-9085 | | | | | 148,000.00 |
| 19 | Saturn Funding<br>333 Seventh Ave, 3rd Fl<br>New York, NY 10001 | 844-314-1434 | | | | | 40,545.00 |
| 20 | Blue Street Capital, LLC<br>2120 Main Street, Ste 160<br>Huntington Beach, CA 92648 | | | | | | 553.48 |

Case 2:17-bk-19964-BB    Doc 1    Filed 08/14/17    Entered 08/14/17 17:09:24    Desc
Main Document    Page 10 of 16

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jaenam Coe, Esq. (SBN175920)<br>Law Offices of Jaenam Coe PC<br>3731 Wilshire Blvd., Suite 910<br>Los Angeles, CA 90010<br>Tel: 213-389-1400<br>Fax: 213-387-8778 | |
| ☒ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br><br>SHEPHERD UNIVERSITY<br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* ___SHEPHERD UNIVERSITY_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                              Page 1                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☒ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    [For additional names, attach an addendum to this form.]

  b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  08/14/17                                                 By:  /s/ Jaenam Coe
                                                                Signature of Debtor, or attorney for Debtor


                                                                Name:  Jaenam J Coe, Esq.
                                                                Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                 Page 2                **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jaenam Coe, Esq. (SBN175920)<br>Law Offices of Jaenam Coe PC<br>3731 Wilshire Blvd., Suite 910<br>Los Angeles, CA 90010<br>Tel: 213-389-1400<br>Fax: 213-387-8778<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA** LOS ANGELES DIVISION

| In re: | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| SHEPHERD UNIVERSITY | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 08/14/17                                    /s/ Shalom Kim
                                                          Signature of Debtor 1

Date: _____                         _____
                                                          Signature of Debtor 2 (joint debtor) (if applicable)

Date: 08/14/17                                    /s/ Jaenam Coe
                                                          Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                                            **F 1007-1.MAILING.LIST.VERIFICATION**

Shepherd University
3200 North San Fernando Road
Los Angeles, California 90065

Jaenam Coe, Esq
Law Offices of Jaenam Coe, PC
3731 Wilshire Blvd, Suite 910
Los Angeles, California 90010

Office of the United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Bank of Hope
3200 Wilshire Blvd, Ste 1400
Los Angeles, CA 90010

Reliable Fast Cash, LLC
262A Albany Ave
Brooklyn, NY 11213

Yellowstone Capital
160 Pearl Street, 5th Fl
New York, NY 10005

Everest Business Funding
2001 NW 107th Ave, 300
Miami, FL 33172

Provident Leasing
100 Bayview Cir, Ste 4100 North Tower
Newport Beach, CA 92660

Strategic Funding
120 West 45th St
New York, NY 10036

Quick Bridge Funding
410 Exchange , Ste 500
Irvine, CA 92602

Dell Financial Services, LLC
Mail Stop PS2DF-23
One Dell Way
Round Rock, TX 78682

General Electric Capital
PO Box 35701
Billings, MT 59107

US Bank Equipment Finance
1310 Madrid St, Ste 106
Marshall, MN 56258

Commonwealth Merchant Advance
383 Kingston Avenue
Brooklyn, NY 11213

Global Merchant Cash, Inc
64 Beaver St, Ste 415
New York, NY 10004

Mantis Funding, LLC
64 Beaver St, Ste 344
New York, NY 10004

Storage Container
500 Freeport Parkway
Coppell, TX 75019

Saturn Funding
333 Seventh Ave, 3rd Fl
New York, NY 10001

Wells Fargo Equipment Finance
733 Marquette Ave, Ste 300
Minneapolis, MN 55402

TCF EQUIPMENT FINANCE, INC
11100 Wayzata Blvd, Suite 801
Minnetonka, MN 55305



Lowes
PO Box 530970
Atlanta, GA 30353-0970



Pearl Capital
100 William Street, 9th Fl
New York, NY 10038



Blue Street Capital, LLC
2120 Main Street, Ste 160
Huntington Beach, CA 92648